# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-28986 |
| ROBERT ALLEN DURCHSLAG | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| Debtor. | ) | |
| | ) | **Date: January 25, 2012** |
| | ) | **Time: 10:00 a.m.** |

## NOTICE OF TRUSTEE'S MOTION TO COMPEL DEBTOR TO ATTEND
## FINAL § 341 MEETING OF CREDITORS

PLEASE TAKE NOTICE that on Wednesday, January 25, 2012, at 10:00 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Susan Pierson Sonderby, or any judge sitting in her stead, in Courtroom 642, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Trustee's Motion to Compel Debtor to Attend Final § 341 Meeting of Creditors**, at which time and place you may appear as you see fit.

| | |
|---|---|
| Dated: January 20, 2012 | **N. NEVILLE REID, not individually, but solely in his capacity as chapter 7 trustee for the bankruptcy estate of Robert Allen Durchslag** |
| | By:  */s/ Elizabeth Peterson* |
| | Fox, Hefter, Swibel, Levin & Carroll, LLP, General Bankruptcy Counsel to the Trustee |

N. Neville Reid (ARDC #6195837)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

# **CERTIFICATE OF SERVICE**

      I, Elizabeth Peterson, certify that on January 20, 2012, I caused a copy of the foregoing **Trustee's Motion to Compel Debtor to Attend Final § 341 Meeting of Creditors** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

                                      */s/ Elizabeth Peterson*
                                      Elizabeth Peterson

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Jeffrey S. Burns on behalf of Creditor Elgin State Bank
jburns@cbklaw.com

William J Connelly on behalf of Creditor The Hanover Insurance Group
wconnelly@hinshawlaw.com

Dale A Hauser on behalf of Debtor Robert Durchslag
dash3_79@hotmail.com

Richard L Hirsh on behalf of Creditor Michael Canulli
bk-lawfirm@sbcglobal.net;rlhpc@sbcglobal.net;rhirshlaptop@sbcglobal.net

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Vance L Liebman on behalf of Creditor Debra Durchslag
vliebman@fvldlaw.com

Robert A McKenzie on behalf of Creditor Arnstein & Lehr LLP
ramckenzie@arnstein.com

Dawn L. Moody on behalf of Creditor Harris, N.A.
dlm@kmlegal.com, lsg@kmlegal.com

Elizabeth Gayle Peterson on behalf of Attorney Fox, Hefter, Swibel, Levin & Carroll LLP
epeterson@fhslc.com, docket@fhslc.com;clukey@fhslc.com;acotter@fhslc.com

James M Philbrick on behalf of Creditor FCA Construction Company, LLC,
jmphilbrick@att.net

Amy Rapoport on behalf of Creditor First Midwest Bank
arapoport@agdglaw.com, wserritella@agdglaw.com;jcole@agdglaw.com

N. Neville Reid
nreid@fhslc.com, nreid@ecf.epiqsystems.com

Michael G Schultz on behalf of Creditor Ruiz Construction Systems, Inc.
mgs@renozahm.com

John E. Sebastian on behalf of Creditor The Hanover Insurance Group
jsebastian@hinshawlaw.com, kbailey@hinshawlaw.com

Adam B Whiteman on behalf of Intervenor-Plaintiff American Builders and Contractors Supply Co., Inc.
adamwhitemanlaw@aol.com

Michelle L Wolf-Boze on behalf of Creditor Debra Durchslag
mwolf-boze@fvldlaw.com, Docket@fvldlaw.com

Daniel A Zazove on behalf of Creditor GAF Materials Corporation
docketchi@perkinscoie.com

**Parties to receive notice by postage prepaid first-class U.S. Mail:**

Robert Durchslag
1460 Sedona Ave.
Aurora, IL 60504-3701

Life Time Fitness, Inc.
c/o James M. Philbrick
P.O. Box 351
Mundelein, IL 60060-0351

FCA Construction Company LLC
c/o James M. Philbrick
P.O. Box 351
Mundelein, IL 60060-0351

2

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 10-28986 |
| ROBERT ALLEN DURCHSLAG ) | |
| ) | Hon. Susan Pierson Sonderby |
| Debtor. ) | |
| ) | **Date: January 25, 2012** |
| ) | **Time: 10:00 a.m.** |

**TRUSTEE'S MOTION TO COMPEL DEBTOR TO ATTEND
FINAL § 341 MEETING OF CREDITORS**

N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Robert Allen Durchslag (the "Debtor"), by and through his undersigned counsel, hereby moves this Court (the "Motion") for entry of an order pursuant to Rules 2003 and 4002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sections 105(a), 341, and 704(a) of Title 11 of the United States Code (the "Bankruptcy Code"), compelling the Debtor to attend the final § 341 meeting of creditors. In support of this Motion, the Trustee respectfully states as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for relief requested herein are Sections 105(a), 341, and 704(a) of the Bankruptcy Code, as supplemented by Bankruptcy Rules 2003 and 4002.

**BACKGROUND**

3.      On June 29, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the

Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee.

4. On June 30, 2010, a meeting of creditors under Section 341(a) of the Bankruptcy Code (the "§ 341 Meeting") was set for August 30, 2010 at the Office of the United States Trustee in Chicago, Illinois. [Dkt. 5.] At the request of the Debtor, this meeting was rescheduled several times, and a meeting was held in the Fall of 2010 at the offices of Fox, Hefter, Swibel, Levin & Carroll, LLP ("FHSLC"). The Trustee did not conclude the initial meeting of creditors and sought several times to reschedule another meeting. However, the Trustee was unable to hold another meeting due to medical issues of the Debtor, and the Debtor most recently could not commit to a definitive date to attend another meeting.

5. On October 19, 2010, the United States Trustee filed an adversary proceeding, docketed as case no 10-AP-2056 (the "Adversary Proceeding") against the Debtor, objecting to discharge pursuant to Section 727(a)(8) of the Bankruptcy Code. [Dkt. 66.] On February 8, 2011, this Court entered an order denying the Debtor's discharge pursuant to Section 727(a)(8) of the Bankruptcy Code. [Adversary Proceeding Dkt. 106.]

6. Although the Debtor cannot receive a discharge, the Trustee seeks to gather and liquidate any potential assets for the benefit of creditors. The Trustee seeks to examine the Debtor about Estate assets generally, and about the assets of two debtors controlled by the Debtor, Singles Roofing Co., Inc. ("Singles Roofing") and USA Roofing ("USA Roofing").

**RELIEF REQUESTED**

7. By this Motion, the Trustee requests that this Court enter an order compelling the Debtor to attend the final § 341 Meeting on or before February 10, 2012, pursuant to Bankruptcy

2

Rules 2003 and 4002, in furtherance of the Trustee's duties under Sections 341 and 704(a) of the Bankruptcy Code.

## BASIS FOR RELIEF

8. Bankruptcy Rule 4002(a) specifically requires the Debtor to "attend and submit to an examination at the times ordered by the court" and to "cooperate with the trustee in the . . . administration of the estate." Bankr. R. 4002(a)(1), (4).

9. Section 105(a) of the Bankruptcy Code empowers the Court with the authority to assist the Trustee in carrying out his duties by providing that the Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. 11 U.S.C. § 105(a).

10. While the Trustee respects the Debtor's privacy, the Trustee is concerned that without a court order requiring attendance at a final meeting by a date certain the Debtor may not treat the final meeting with appropriate urgency. The Trustee therefore requests that the Debtor be compelled to attend such a meeting on or before February 10, 2012, unless the Trustee receives by February 1, 2012 a note from a physician of the Debtor indicating he cannot attend, in which case (i) such note shall indicate the earliest date the Debtor can attend the meeting (the "Available Date") and (ii) the continued meeting shall be held within 5 days after such Available Date.

## NOTICE

11. Notice of this Motion has been given to: (a) counsel for the Debtor; (b) the United States Trustee for the Northern District of Illinois; (c) all parties who have requested notice pursuant to Bankruptcy Rule 2002; and (d) all parties set up to receive notice through the Court's ECF filing system. The Trustee also requests that the court waive any further notice of this

3

Motion in light of the fact that the parties in interest represented herein will have received electronic notice hereof.

WHEREFORE, the Trustee respectfully requests that this Court enter an order substantially in the form of the attached hereto, compelling the Debtor to attend the final § 341 Meeting at FHSLC on or before February 10, 2012, unless the Debtor's physician submits a statement to the Trustee indicating that the Debtor cannot appear at the final § 341 Meeting for medical reasons ( in which case the Debtor shall appear within 5 days after the earliest date such physician indicates the Debtor is available) and grant such other and further relief as this Court deems just.

Dated: January 20, 2012 Respectfully submitted,

**N. NEVILLE REID, not individually, but solely in his capacity as chapter 7 trustee for the bankruptcy estate of Robert Allen Durchslag**

By: */s/ Elizabeth Peterson*
Fox, Hefter, Swibel, Levin & Carroll, LLP,
General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201